# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19 B 28231 |
| | ) | |
| AARON B. JOHNSON, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

## NOTICE OF MOTION OF KINECTA FEDERAL CREDIT UNION
## TO MODIFY AUTOMATIC STAY

VIA ELECTRONIC NOTICE:

To:  Norman B. Newman, Esq. (Trustee)   David M. Siegel, Esq. (Debtor's Counsel)
     Sugar Felsenthal Grais & Helsinger   David M. Siegel & Associates
     30 North LaSalle Street, Suite 3000   790 Chaddick Drive
     Chicago, Illinois 60602               Wheeling, Illinois 60090

VIA U.S. MAIL:

To:  Aaron B. Johnson (Debtor)
     10921 South Oketo Avenue
     Worth, Illinois 60482

Please take notice that on the 19th day of December, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt, or any judge sitting is his/her stead, in Courtroom 719 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Motion of Kinecta Federal Credit Union to Modify Automatic Stay*, which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Respectfully submitted,

KINECTA FEDERAL CREDIT UNION,
Creditor,

By:  ___/s/ Cari A. Kauffman___
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535
(312) 332-3545 (facsimile)

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 9th day of December, 2019, before the hour of 5:00 p.m.

                                                                                                      /s/ Cari A. Kauffman

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19 B 28231 |
| | ) | |
| AARON B. JOHNSON, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

**MOTION OF KINECTA FEDERAL CREDIT UNION
TO MODIFY AUTOMATIC STAY**

KINECTA FEDERAL CREDIT UNION ("Kinecta"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2019), and such other Sections and Rules may apply, to enter an Order modifying the automatic stay provided therein. In support thereof, Kinecta states as follows:

1. On October 4, 2019, Aaron B. Johnson ("Debtor") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. Kinecta is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2013 Chevrolet Equinox motor vehicle bearing a Vehicle Identification Number of 2GNALFEK7D6355308 (the "Vehicle"). (See Ex. "A").

3. The current total outstanding balance due to Kinecta from the Debtor for the Vehicle is $19,249.96.

4. Debtor has failed to provide Kinecta with proof of full coverage insurance for the Vehicle listing Kinecta as the lienholder/loss payee and has failed to make required payments to Kinecta due on and after July 6, 2019.

5. As such, prior to the commencement of these proceedings, Kinecta took possession of the Vehicle, which remains in storage pending relief from the automatic stay so that Kinecta may

retain possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

6. Debtor has not offered, and Kinecta is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

7. Kinecta will suffer irreparable injury, harm, and damage should it be delayed in foreclosing its security interest in the Vehicle.

8. Kinecta requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** Kinecta Federal Credit Union respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay provided by Section 362 of the Bankruptcy Code to permit Kinecta to retain possession of and foreclose its security interest in the 2013 Chevrolet Equinox motor vehicle bearing a Vehicle Identification Number of 2GNALFEK7D6355308; and, for such other, further, and different relief as this Court deems just and proper.

Respectfully submitted,

KINECTA FEDERAL CREDIT UNION,
Creditor,

By: ___/s/ Cari A. Kauffman___
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535
(312) 332-3545 (facsimile)